IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DAVID MARTIN CAMPBELL, | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-J-0240-J |
| OFFICER JASON STAPP and OFFICER CHRIS KENDRICK | ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on July 30, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed, without prejudice, under 42 U.S.C. § 1997e(a), in order that the plaintiff may exhaust the administrative remedies available to him through the Walker County Jail Policy and Procedure Manual. The plaintiff filed objections to the report and recommendation on August 7, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed, without prejudice, pursuant to 42 U.S.C. § 1997e(a). A Final Judgment will be entered.

DATED this __3__ day of _September_, 2002.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

